UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DIBRIEL RAGSDALE
and 71 QUINCY STREET CORP.,

                Appellants,

-against-

GREGORY MESSER, WILLIAM GELLER
and JORDAN PILEVSKY,

                Appellees.
-----------------------------------------------------------X

Case No. 17-CV-04206-(RRM)

## STIPULATION FOR VOLUNTARY DISMISSAL OF APPEAL WITH PREJUDICE

Dibriel Ragsdale and 71 Quincy Street Corp. hereby irrevocably stipulate to the voluntary dismissal of the above-captioned appeal with prejudice and without costs to any of the parties. This Stipulation may be executed in multiple counterparts each of which when taken together, shall constitute one (1) original document.

Dated: July 27 2017
Brooklyn, New York

**Dibriel Ragsdale**

By: _Dibriel Ragsdale_
267 Van Buren Street
Brooklyn, New York 11221
(347) 204-0122

Dated: July 24 2017
Brooklyn, New York

**Gregory Messer**

By: _____
26 Court Street, Suite 2400
Brooklyn, New York 11201
(718) 858-1747

Dated: July 2017
New York, New York

**William Geller**

By: _____
20 Broadway, 17th Floor  One Battery Park
New York, New York 10004  Plaza, 18th Fl

(212) 825-0365

Dated: July 2017
Islandia, New York

**Macco & Stern, LLP**
Attorneys for 71 Quincy Street Corp.

By: _____
Michael Macco, Esq.
2950 Expressway Drive South, Suite 109
Islandia, New York 11749
(631) 549-7900

Dated: July 24 2017
Wantagh, New York

**Jordan Pilevsky**

By: _____
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
(516) 826-6500